EDGAR A. SAMUEL, Respondent, v. DAVID MAY, as President and/or IRWIN WELCHER, as Treasurer of PHOTOPRINTERS' ASSOCIATION OF NEW YORK, an Unincorporated Association Consisting of More Than Seven Members, Appellant. — Orders reversed, with twenty dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

CENTRAL SAVINGS BANK IN THE CITY OF NEW YORK, Appellant, v. ELLA Z. REUTLINGER and Others, Respondents.— The justice at Special Term was fully warranted in determining the issue upon affidavits. The plaintiff's asking price clearly indicated that there was no ground for a deficiency judgment. Order affirmed, with twenty dollars costs and disbursements. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

DAVID LAZARUS, Respondent, v. THE CITY OF NEW YORK and Others, Appellants.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ. [151 Misc. 818.]

In the Matter of the Application of YORK SILK MILLS, INC., Respondent, to Compel Arbitration by ALBEE SILK MILLS, INC., Appellant, and to Stay Respondent from Proceeding at Law upon Matters Required to Be Submitted to Arbitration.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

MAY M. GOVIN and Others, Respondents, v. CARL BYOIR, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

PHOEBE COHEN, Respondent, v. SIDNEY WEINBERG, Defendant, Impleaded with FREDERICK E. KLEIN and Another, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

PHOEBE COHEN, Respondent, v. SIDNEY WEINBERG, Defendant, Impleaded with FREDERICK E. KLEIN and Another, Appellants.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of BENJAMIN BAGATELL, Respondent, against INDEPENDENT ORDER BRITH ABRAHAM OF THE UNITED STATES OF AMERICA, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of MAX GOTTSEGEN, Respondent, against INDEPENDENT ORDER BRITH ABRAHAM OF THE UNITED STATES OF AMERICA, Appellant.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of JOHN J. McCARTHY, Respondent, against JOSEPH D. McGOLDRICK, Comptroller of the City of New York, Appellant.* — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; Finch, P. J., dissents and votes to reverse and deny the motion on the ground that the petitioner is bound by his written waiver.

In the Matter of the Application of 2075 DALY AVENUE, INC., Respondent, against PATRICK J. REVILLE, as Commissioner of Buildings of the Borough of

---

* Revd., 266 N. Y. 199.